**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-2306**

―――――――――

ANTHONY MCNAIR,

                    Plaintiff - Appellant,

          v.

N.C. GENERAL ASSEMBLY,

                    Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Fox, Senior District Judge.  (4:13-cv-00155-F)

―――――――――

Submitted:  January 23, 2014        Decided:  January 27, 2014

―――――――――

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Anthony Lee McNair, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals the district court's order adopting in part the recommendation of the magistrate judge and dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B) (2012) for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNair v. N.C. Gen. Assembly, No. 4:13-cv-00155-F (E.D.N.C. Oct. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED